# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 30, 2006

130226

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GAYLON C. KOUTZ,
        Plaintiff-Appellant,

v

FARM BUREAU INSURANCE,
        Defendant-Appellee.

SC: 130226
COA: 255903
Gratiot CC: 03-007990-CK

_____/

On order of the Court, the application for leave to appeal the November 17, 2005 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Cameron v Auto Club Insurance Association* (Docket No. 127018) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in abeyance pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 30, 2006

_____
Clerk

p0522